

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2020

No. 04-20-00199-CR

Rosalinda **OLALDE**,
Appellants

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR2152
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

Appellant's motion to permit a late-filed brief is granted.


_____
Luz Elena D. Chapa, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2020.

_____
Michael A. Cruz,
Clerk of Court